1008

[No. 71494-5-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROBERT ANDRE, *Appellant*.

*Reversed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Lau, JJ.

[No. 71530-5-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY ANN BAILEY, *Appellant*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Trickey, JJ.

[No. 71612-3-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CONRAD FISCHER, *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Lau, J.

[No. 71768-5-I.   Division One.   June 8, 2015.]

TANYA I. STOCK, *Appellant*, v. HARBORVIEW MEDICAL CENTER ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer and Trickey, JJ.